# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-275-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs as follows:

1)    Plaintiff's Motion for Summary Judgment is granted.  Plaintiff has first lien priority on, and is entitled to collect, the Thies' 2005 crops and the proceeds of any sales of those crops;

2)    Defendant Co-Ag shall sell the Thies' 2005 crops, if any, that remain in its possession and control and remit all proceeds, less reasonable storage and sales costs incurred by Co-Ag, by check made payable to FSA only;

3)    Co-Ag shall pay FSA $40,968.89, which is the sum of the two (2) previously issued proceed checks for the Thies' 2005 crops.

| | |
|---|---|
| July 20, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |